AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
Felon in possession of firearm
18 U.S.C. Sec. 922(g)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ HERBERT VIDEAU

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT COURT NUMBER**
CR 08 0500 WHA

**PENALTY:**
10 years' imprisonment; 3 years' supervised release; $250,000 or 2x gain/loss fine; $100 special assessment

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FBI -- Jonathan Dubin

☑ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM** Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** W.S. Wilson Leung

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
WHA

---

UNITED STATES OF AMERICA,

V.

**CR 08    0500**

HERBERT VIDEAU

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. §922(g)(1) - Felon In Possession of Firearm;

18 U.S.C. §922(g)(3) - Illegal User Of Controlled Substance In Possession Of Firearm

---

A true bill.

_____
Foreman

Filed in open court this 29th day of July, 2008.

**Brenda Tolbert**
Clerk

NO BAIL ARREST WARRANT    Bail $

**Maria Elena James**
**United States Magistrate Judge**

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

JUL 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

CR 08   0500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: |
| ) | |
| v. ) | VIOLATION: 18 U.S.C. § 922(g)(1) — Felon In Possession Of Firearm; 18 U.S.C. § 922(g)(3) — Illegal User Of Controlled Substance In Possession Of Firearm |
| HERBERT VIDEAU, ) | |
| ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (18 U.S.C. § 922(g)(1) – Felon In Possession Of A Firearm)

On or about June 21, 2008, in the Northern District of California, the defendant,

HERBERT VIDEAU,

after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a Smith & Wesson .357 Magnum, Model 586, serial number 25917.

All in violation of Title 18, United States Code, Section 922(g)(1).

//

INDICTMENT

COUNT TWO: (18 U.S.C. § 922(g)(3) – Illegal User Of Controlled Substance In Possession Of Firearm)

On or about June 21, 2008, in the Northern District of California, the defendant,

HERBERT VIDEAU,

while an unlawful user of a controlled substance (as defined in section 102 of the Controlled Substances Act, 21 U.S.C. § 802), to wit, marijuana, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a Smith & Wesson .357 Magnum, Model 586, serial number 25917.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED:        A TRUE BILL

7/29/08

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JAMES CHOU
Chief, Organized Crime Strike Force

(Approved as to form: _____ )
                      AUSA W.S. Wilson Leung

INDICTMENT                    -2-