JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0500 WHA |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING WAIVER |
| HERBERT VIDEAU, | |
| Defendant. | |

    On August 12, 2008, defendant Herbert Videau, appeared with his counsel, Daniel P. Blank, Esq., before Magistrate Judge Joseph C. Spero for arraignment and the initial appearance on the indictment, and the initial appearance before the Honorable William Alsup, U.S.D.J., was scheduled for August 19, 2008. With the agreement of the parties and with the consent of the defendant, the Court enters this order excluding time under the Speedy Trial Act from August 12, 2008 to August 19, 2008. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Herbert Videau, appeared before the Court on August 12, 2008,

and was arraigned. The Court scheduled August 19, 2008 as the defendant's initial appearance before the District Court.

2. Between August 12, 2008 and August 19, 2008, the Government will be producing discovery for Mr. Blank's review, and the parties will also be engaged in plea discussions. Accordingly, the parties have requested that time be excluded under the Speedy Trial Act from August 12, 2008 to August 19, 2008 for these purposes.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 12, 2008 to August 19, 2008 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by allowing the production and review of discovery as well as the pursuit of plea discussions, thereby ensuring effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

STIPULATED:

DATED:    August 12, 2008

DANIEL P. BLANK, ESQ.
Attorney for HERBERT VIDEAU

DATED:    August 12, 2008

W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED:    August 12, 2008

HON. JOSEPH C. SPERO
United States Magistrate Judge

-2-