UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 19, 2008

Case No.: CR 08-00500 WHA

Title: UNITED STATES -v- HERBERT VIDEAU (custody)

Appearances:

    For the Government: Wilson Leung

    For the Defendant(s): Dan Blank

Interpreter: n/a     Probation Officer: n/a

Deputy Clerk: Dawn Toland     Court Reporter: Margo Gurule

**PROCEEDINGS**

1) Trial Setting - HELD

2) 

Case continued to **9/9/08 at 2:00 pm** for Change of Plea

**ORDERED AFTER HEARING:**

Parties have reached a tentative agreement and request additional time for entry of a plea. Time is excluded from today until 9/9/08 in the interest of justice.