JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-08-0500 WHA |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER RESCHEDULING SENTENCING |
| HERBERT VIDEAU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    The Government, with the consent of the defendant, by his counsel, Daniel P. Blank, Esq., respectfully submits this Stipulation and Proposed Order seeking to reschedule the sentencing in the above-captioned matter from 10:00 am on December 17, 2008 to 2:00 pm on December 18, 2008. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Herbert Videau, pled guilty before the Court on September 9, 2008, to one count of being a felon in possession of a firearm and one count of being an illegal user of a controlled substance in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1) and (3).

2.     The defendant's sentencing day is presently scheduled for 10:00 am on Wednesday, December 17, 2008. However, since the sentencing date was set, counsel for the Government was advised that he had to attend a mandatory all-day training session on December 17, 2008. Accordingly, after conferring with Mr. Blank, with Constance Cook of the United States Probation Office, and with Chambers, the Government would ask for a one-day adjournment of sentencing until Thursday, December 18, 2008 at 2:00 pm. Mr. Blank consented to this request for an adjournment on December 10, 2008.

SO STIPULATED:

DATED:     December 12, 2008     /s/ Daniel P. Blank
     DANIEL P. BLANK, ESQ.
     Attorney for HERBERT VIDEAU

DATED:     December 12, 2008     /s/ W.S. Leung
     W.S. WILSON LEUNG
     Assistant United States Attorney

IT IS SO ORDERED.

DATED:     December 15, 2008

IT IS SO ORDERED
Judge William Alsup

HON. WILLIAM H. ALSUP
United States District Judge

-2-