STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant VIDEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 08-0500 WHA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE |
| HERBERT VIDEAU, ) | |
| ) | Honorable William H. Alsup |
| Defendant. ) | |
| ) | |

1  The next appearance in the above-captioned matter was previously set for Tuesday, October
2  23, 2012, at 2:00 p.m. for a status conference on Defendant Herbert Videau's progress on supervised
3  release. However, on that date undersigned counsel for Mr. Videau will be recovering from back
4  surgery and therefore unable to attend. The next available date for the parties and U.S. Probation
5  Officer Monica Romero is November 13, 2012. Accordingly, the parties stipulate and jointly
6  request that the status conference be continued to Tuesday, November 13, 2012, at 2:00 p.m.
7  IT IS SO STIPULATED.

            MELINDA HAAG
            United States Attorney

10  DATED:                    _____/s/_____
                              WILSON LEUNG
11                            Assistant United States Attorney

13  DATED:                    _____/s/_____
                              DANIEL P. BLANK
14                            Assistant Federal Public Defender
                              Attorney for Herbert Videau

16  IT IS SO ORDERED.
17  DATED: October 12, 2012   _____
                              WILLIAM H. ALSUP
18                            United States District

APPROVED
Judge William Alsup

STIP. & ~~PROP~~. ORDER                    1